IN THE SUPREME COURT OF THE STATE OF DELAWARE

ROBERT WORLEY, §
§ No. 132, 2016
    Defendant Below- §
    Appellant, §
§ Court Below:
        v. § Superior Court of the
§ State of Delaware
STATE OF DELAWARE, §
§ Cr. No. 1206000145 A&B
    Plaintiff Below- §
    Appellee. §

Submitted:   October 19, 2016
Decided:    November 21, 2016

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 21st day of November 2016, the Court, having considered this matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision of March 9, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice